UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HALCHAK CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>SYMBIOT BUSINESS GROUP, INC.,<br><br>      Defendant. | 07 CA 10227 (NMG) |

### MOTION BY DEFENDANT SYMBIOT BUSINESS GROUP, INC. TO DISMISS COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(2)

Defendant Symbiot Business Group, Inc. ("Symbiot") hereby moves to dismiss the Complaint filed by plaintiff Halchak Corporation ("Halchak") pursuant to Fed.R.Civ.P. 12(b)(2). The grounds for this motion are set forth in the accompanying Memorandum of Law dated May 21, 2007 and the Affidavit of Douglas Haymore dated May 18, 2007.

Pursuant to L.R. D.Mass. 7.1 counsel for Symbiot met and conferred in good faith with counsel for Halchak in advance of making this motion, but was unable to resolve or narrow the issues presented herein.

### REQUEST FOR ORAL ARGUMENT

Pursuant to LR, D.Mass 7.1(D), Symbiot respectfully requests oral argument on this motion as Symbiot believes oral argument may assist the Court with the disposition of this matter.

May 21, 2007                                    Respectfully submitted,

                                                SYMBIOT BUSINESS GROUP, INC.

                                                By its attorneys,


                                                /s/ Joseph J. Koltun
                                                Martin P. Desmery (BBO#550133)
                                                Joseph J. Koltun (BBO# 641117)
                                                Craig and Macauley
                                                  Professional Corporation
                                                Federal Reserve Plaza
                                                600 Atlantic Avenue
                                                Boston, MA  02210
                                                Phone: (617) 367-9500
                                                Fax:    (617) 742-1788

## CERTIFICATE OF SERVICE

I, Joseph J. Koltun, hereby certify that on May 21, 2007, I caused true and accurate copies of the foregoing *Motion by Defendant Symbiot Business Group, Inc. to Dismiss Complaint Pursuant to Fed.R.Civ.P. 12(b)(2)* to be served by electronic and/or U.S. mail, postage prepaid, to the parties listed below.

David B. Madoff, Esq.
Madoff & Khoury LLP
124 Washington Street
Foxboro, MA 02035
(508) 543-0040
madoff@mandkllp.com

/s/ Joseph J. Koltun
Joseph J. Koltun